# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DONNIE LYNN WALLACE**
**ADC #140378**                                                                               **PLAINTIFF**

V.                           CASE NO. 5:15-CV-165 BD

**DENISE CHANCE-POWELL**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 25th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE